ORIGINAL

JUDGE GARDEPHE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WHEEL __A__

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

YAMIL ANDRES GUERRERO DIAZ,

　　　　　　　Defendant.

- - - - - - - - - - - - - - - - - - X

NOTICE OF INTENT TO
FILE AN INFORMATION

18 Cr. _____ (    )

**18 CRIM 222**

　　　　Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:　New York, New York
　　　　February 5, 2018

　　　　　　　　　　　　GEOFFREY S. BERMAN
　　　　　　　　　　　　United States Attorney

　　　　　　　By:　_____
　　　　　　　　　　FRANK J. BALSAMELLO /JACOB WARREN
　　　　　　　　　　Assistant United States Attorneys

　　　　　　　AGREED AND CONSENTED TO

　　　　　　　By:　_____
　　　　　　　　　　ERIC BRESLIN, ESQ.
　　　　　　　　　　Attorney for Yamil Andres
　　　　　　　　　　　Guerrero Diaz

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/18

JUDGE GARDEPHE